# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BENSON, et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br>JERIMIAH BARRY, et al.,<br><br>　　　　　　Defendants. | Case No. 08cv1186-BTM (AJB)<br><br>**ORDER AFFIRMING REPORT AND RECOMMENDATION OF DISMISSAL OF PLAINTIFFS' ACTION** |

In a Report and Recommendation filed on January 31, 2011, Magistrate Judge Battaglia recommends that this case be dismissed with prejudice. The case was previously settled, with a settlement agreement signed and consideration paid. Judge Battaglia notes that Plaintiffs have repeatedly failed to appear at required hearings and "having received settlement consideration, are no longer attending to the requirements of the Court with regard to this case." Plaintiffs did not file any objection to this report and recommendation.

In light of Plaintiffs' continued inaction, the Court agrees with Judge Battaglia's recommended disposition. Therefore, the Court orders:

1. The Report and Recommendation filed on January 31, 2011 is **ADOPTED** as the decision of this Court.

2. The case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**
DATED: March 14, 2011

　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　United States District Judge